UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER L., <br>         Plaintiff, <br>    v. <br> ANDREW SAUL, <br>         Defendant. | Case No. 19-cv-02483-SI <br><br> **JUDGMENT** |

The Court has reversed the decision of the Commissioner and remanded this action for immediate calculation of certain benefits and for further administrative proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 29, 2020

*[signature]*

SUSAN ILLSTON
United States District Judge